**Charles A. Williams, Jr. and Irma Williams, Plaintiffs-Appellees, v. R. H. Johnson, Defendant-Appellant.**

**Gen. No. 10,885.**

Second District.

November 21, 1955.

Released for publication December 9, 1955.

Knight, Ingrassia and Bourland, for appellant; S. J. Roszkowski, of counsel; William C. Jackson, for appellees. Opinion by JUSTICE CROW. **Not to be published in full.**